No. 519. MAHAN, SECRETARY OF STATE, *v.* HUME. Jurisdictional statement

submitted November 26, 1932. Decided December 5, 1932. *Per Curiam:* Decree reversed and cause remanded with directions to dismiss the bill of complaint. *Brownlow* v. *Schwartz,* 261 U. S. 216; *Wood* v. *Broom, ante,* p. 1. Messrs. *S. H. Brown* and *Francis M. Burke* for appellant. No appearance for appellee.

No. 32. RAILROAD COMMISSION OF TEXAS ET AL. *v.* MACMILLAN ET AL. Argued December 6, 1932. Decided December 12, 1932. *Per Curiam:* Decree reversed and cause remanded with directions to dismiss the bill of complaint. *Brownlow* v. *Schwartz,* 261 U. S. 216; *Alejandrino* v. *Quezon,* 271 U. S. 528, 535, 536; *U. S. ex rel. Norwegian Nitrogen Products Co.* v. *Tariff Comm'n,* 274 U. S. 106, 112. Mr. *Maurice Cheek,* Assistant Attorney General of Texas, with whom Messrs. *James V. Allred,* Attorney General, *Fred Upchurch,* Assistant Attorney General, *Robert E. Hardwicke, Marion S. Church,* and *Conrad E. Cooper* were on the brief, for appellants. Mr. *J. N. Saye,* with whom Messrs. *J. K. Mahony, H. P. Smead, W. T. Saye, I. J. Ringolsky, Wm. G. Boatright,* and *Harry L. Jacobs* were on the brief, for appellees.